**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**EMMANUEL ONYEKACHI ONYEOCHA**, Civil No. 26-2491 (SRN/EMB)

**BENAIAH HOPE ONYEOCHA**

Plaintiffs,

v. **ORDER**

**MARKWAYNE MULLIN**
*In his official capacity as Secretary of the United States Department of Homeland Security*

**JOSEPH B. EDLOW**
*In his official capacity as Director of United States Citizenship and Immigration Services*

**STEVEN G. RICE**
*In his official capacity as Director of the USCIS Minneapolis-St. Paul Field Office*

Defendants.

---

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal. (Doc. No. 10) Plaintiffs seek dismissal of their Complaint under Rule 41(a)(1)(A)(i). A voluntary dismissal is effective without Court order, but in this District an order is required to close the case.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiffs' Complaint is **DISMISSED without prejudice**.

Dated: Thursday, August 27, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge